**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Charles H Prem                        CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-13445 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Andrews Federal Credit Union and index same on the master mailing list.

                                                     Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
02 Oct 2024, 18:12:32, EDT

                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322