IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Charles H Prem<br>Debtor, | BANKRUPTCY CASE NUMBER<br>24-13445-amc |
| Andrews Federal Credit Union<br>Movant.<br>v. | CHAPTER 13 |
| Charles H Prem<br>Debtor/Respondent, | |
| Scott Waterman, Trustee<br>Additional Respondent. | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Andrews Federal Credit Union, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party. This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

                                                   Respectfully submitted,

Dated:  November 22, 2024                    BY:/s/ Christopher A. DeNardo
                                                   Christopher A. DeNardo, 78447
                                                   Heather Riloff, 309906
                                                   Leslie J. Rase, 58365
                                                   LOGS Legal Group LLP
                                                   985 Old Eagle School Road, Suite 514
                                                   Wayne, PA 19087
                                                   (610) 278-6800
                                                   logsecf@logs.com

LLG File #: 23-068992

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Charles H Prem<br>  Debtor, | BANKRUPTCY CASE NUMBER<br>24-13445-amc |
| Andrews Federal Credit Union<br>  Movant.<br>v.<br>Charles H Prem<br>  Debtor/Respondent,<br>Scott Waterman, Trustee<br>  Additional Respondent. | CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

  I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 22nd day of November, 2024:

Charles H Prem
1471 E. Wilt Street
Philadelphia, PA 19125

Brad J. Sadek, Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com - VIA ECF

Scott Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
ecfmail@reeadingch13.com - VIA ECF

  I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Christopher A. DeNardo
Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com