IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Charles H Prem | : | Case No. 24-13445 AMC |
| | : | |
| Debtor | : | |
| | : | Chapter 13 |
| _____ | : | |
| | : | |
| NewRez LLC dba Shellpoint Mortgage Servicing | : | |
| | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Charles H Prem | : | |
| | : | |
| | : | |
| Debtor | : | |
| | : | |
| Scott F. Waterman, Ch 13 Standing Trustee | : | |
| Respondents | : | |
| | : | |
| _____ | : | |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

    NewRez LLC dba Shellpoint Mortgage Servicing has filed a Motion for Relief from Stay pursuant to 11 U.S.C.§ 362(d) with this Court.

    **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

    1.    If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before **February 3, 2025** you or your attorney must do **all** of the following:

        (a)  file an answer explaining your position at:
        U.S. Bankruptcy Court
        Eastern District of PA
        Bankruptcy Clerk of Courts
        900 Market Street, Suite 204
        Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the Movant's Attorney:
    Michael Clark, Esquire
    Pincus Law Group, PLLC
    Five Greentree Centre
    525 Route 73 North, Suite 309
    Marlton, NJ 08053
    516-699-8902  PHONE
    516-279-6990 FAX

  2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

  3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on **February 12, 2025** at **11:00 am** Courtroom **4** United States Bankruptcy Court, Eastern District of Pennsylvania.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

  4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5. You may contact the Bankruptcy Clerk's office at 215-408-2821 to find out whether the hearing has been canceled because no one filed an answer.

           Respectfully submitted,

Dated: January 13, 2025       **PINCUS LAW GROUP, PLLC**

       By: /s/ Michael Clark
         Michael Clark, Esquire
         Five Greentree Centre
         525 Route 73 North, Suite 309
         Marlton, NJ 08053
         Telephone: 516-699-8902
         Email: mclark@pincuslaw.com