UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>   Charles H Prem<br><br>              Debtor | Chapter 13<br>Bankruptcy No.24-13445-AMC |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 13th day of February, 2025, by first class mail upon those listed below:

Charles H Prem
1471 E. Wilt Street
Philadelphia, PA  19125

**Electronically via CM/ECF System Only:**

BRAD J SADEK ESQ
C/O SADEK & COOPER LAW OFFICES LLC
1500 JFK BOULEVARD, SUITE 220
PHILADELPHIA, PA  19102

*/s/ Kristen Gliem*
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee