IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   Charles H Prem | :  Case No. 24-13445 AMC |
| Debtor | : |
| | :  Chapter 13 |
| _____ | : |
| NewRez LLC dba Shellpoint Mortgage Servicing | : |
| Movant, | : |
| vs. | : |
| Charles H Prem | : |
| Debtor | : |
| Scott F. Waterman, Ch 13 Standing Trustee | : |
| Respondents | : |
| _____ | : |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the Motion (the "Motion") of NewRez LLC dba Shellpoint Mortgage Servicing (the "Movant"), dated January 13, 2025, for relief from the automatic stay as to Debtor with respect to real property located at **12 East Palmer St, Philadelphia, PA 19125** known as (the "Premises"), it is hereby

**ORDERED AND DECREED THAT** the automatic stay in effect pursuant to 11 U.S.C. § 362(a) and 11 U.S.C. §1301, is hereby vacated for cause pursuant to 11 U.S.C. § 362(d) as to the Movant, its agents, assigns or successors in interest, so that the Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Premises including but not limited to foreclosure of its mortgage on the Premises; and it is further

**ORDERED** that the 14-day stay invoked pursuant to F.R.B.P. 4001(a)(3) is hereby waived; and it is further

**ORDERED** that the order be binding and effective despite any conversion of this bankruptcy case to case under any other chapter of Title 11 of the United States Code.

Dated: Feb. 14, 2025

_____
Honorable Ashely M. Chan
UNITED STATES BANKRUPTCY JUDGE