United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 24-13445-amc

Charles H Prem                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                     Page 1 of 2

Date Rcvd: Feb 14, 2025                    Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2025:**

**Recip ID                        Recipient Name and Address**
db                       +  Charles H Prem, 1471 E. Wilt Street, Philadelphia, PA 19125-2710

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2025                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2025 at the address(es) listed
below:**

**Name**                            **Email Address**

BRAD J. SADEK
                                    on behalf of Debtor Charles H Prem brad@sadeklaw.com
                                    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

CHRISTOPHER A. DENARDO
                                    on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com

DENISE ELIZABETH CARLON
                                    on behalf of Creditor Andrews Federal Credit Union bkgroup@kmllawgroup.com

MICHAEL JOHN CLARK
                                    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mclark@pincuslaw.com

ROBERT BRIAN SHEARER
                                    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]

District/off: 0313-2                                    User: admin                                    Page 2 of 2

Date Rcvd: Feb 14, 2025                                 Form ID: pdf900                                 Total Noticed: 1

              ECFMail@ReadingCh13.com

SHERRI J. SMITH

on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ssmith@stradley.com
amautz@pincuslaw.com

United States Trustee

              USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Charles H Prem                                            :        Case No. 24-13445 AMC
                                                                   :
            Debtor                                                 :
                                                                   :        Chapter 13
                                                                   :
_____        :
                                                                   :
NewRez LLC dba Shellpoint Mortgage Servicing      :
                                                                   :
                                                                   :
            Movant,                                                :
                                                                   :
 vs.                                                               :
                                                                   :
Charles H Prem                                                     :
                                                                   :
                                                                   :
            Debtor                                                 :
                                                                   :
Scott F. Waterman, Ch 13 Standing Trustee           :
                        Respondents                     :
                                                                   :
_____        :

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

      Upon consideration of the Motion (the "Motion") of NewRez LLC dba Shellpoint Mortgage

Servicing (the "Movant"), dated January 13, 2025, for relief from the automatic stay as to Debtor with

respect to real property located at **12 East Palmer St, Philadelphia, PA 19125** known as (the

"Premises"), it is hereby

      **ORDERED AND DECREED THAT** the automatic stay in effect pursuant to 11 U.S.C. §

362(a) and 11 U.S.C.§1301, is hereby vacated for cause pursuant to 11 U.S.C. § 362(d) as to the

Movant, its agents, assigns or successors in interest, so that the Movant, its agents, assigns or successors

in interest, may take any and all action under applicable state law to exercise its remedies against the

Premises including but not limited to foreclosure of its mortgage on the Premises; and it is further

**ORDERED** that the 14-day stay invoked pursuant to F.R.B.P. 4001(a)(3) is hereby waived;

and it is further

**ORDERED** that the order be binding and effective despite any conversion of this bankruptcy

case to case under any other chapter of Title 11 of the United States Code.

Dated:  Feb. 14, 2025


Honorable Ashely M. Chan
UNITED STATES BANKRUPTCY JUDGE