IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                      :
                                           :      Chapter 13
CHARLES PREM                               :
                                           :      Case No. 27-13445
                    Debtor.                :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

  Kindly withdraw the following document filed by the City of Philadelphia:

Objection to Confirmation of the Plan, filed on March 5, 2025 [Docket No. 29].

        Respectfully submitted,

        THE CITY OF PHILADELPHIA

Dated: March 5, 2025  By:  /s/ Pamela Elchert Thurmond
        PAMELA ELCHERT THURMOND
        Senior Attorney
        PA Attorney I.D. 202054
        City of Philadelphia Law Department
        Tax & Revenue Unit
        1401 JFK Blvd., 5th Floor
        Philadelphia, PA  19102-1595
        215-686-0508 (phone)
        215-686-0588 (facsimile)
        Email: Pamela.Thurmond@phila.gov