IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                          :
                                               :        Chapter 13
                                               :
      CHARLES H PREM                           :
                                               :
                                               :
                                               :
                                               :        Case No. 24-13445 (AMC)
                              Debtor.          :
-------------------------------------------------------x
```

**<u>PRAECIPE TO WITHDRAW DOCUMENTS</u>**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan [Docket No. 30], which was filed on March 5, 2025.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: April 29, 2025

By: */s/ Pamela Elchert Thurmond*
PAMELA ELCHERT THURMOND
Senior Attorney
PA Attorney I.D. 202054
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
215-686-0508 (phone)
Email: Pamela.Thurmond@phila.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                         :
                                              :         Chapter 13
                                              :
      CHARLES H PREM                          :
                                              :
                                              :
                                              :
                                              :         Case No.  24-13445 (AMC)
                        Debtor.               :
-------------------------------------------------------x
```

**CERTIFICATE OF SERVICE**

  I, Pamela Elchert Thurmond hereby certify that on April 29, 2025, a copy of the Praecipe to Withdraw the City's Objection to the Confirmation of Plan was served on the following parties by Court-generated ECF notice, and/or first-class mail, postage prepaid, as indicated below:

<u>Via ECF Filing:</u>

| | |
|---|---|
| Chapter 13 Trustee | United States Trustee |
| Office of the Chapter 13 Standing Trustee | Office of United States Trustee |
| SCOTT F. WATERMAN | Robert N.C. Nix Federal Building |
| 2901 St. Lawrence Ave.  Suite 100 | 900 Market Street – Suite 320 |
| Reading, PA 19606 | Philadelphia, PA 19107 |

BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard – Suite 220
Philadelphia, PA 19102

<u>Via USPS Mail Delivery:</u>
Charles H Prem
1471 E. Wilt Street
Philadelphia, PA 19125

                Respectfully submitted,

                THE CITY OF PHILADELPHIA

Dated: April 29, 2025         By: <u>/s/ *Pamela Elchert Thurmond*</u>
                PAMELA ELCHERT THURMOND

Senior Attorney
PA Attorney I.D. 202054