# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Charles H Prem  <br>    Debtor(s)  <br><br>Andrews Federal Credit Union, its successors and/or assigns  <br>    Movant  <br> vs.  <br>Charles H Prem  <br>    Debtor(s)  <br><br>Scott F. Waterman  <br>    Trustee | CHAPTER 13  <br><br>NO. 24-13445 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Andrews Federal Credit Union, which was filed with the Court on or about October 25, 2024.

Dated: April 30, 2025

                 Respectfully submitted,

                 /s/Denise Carlon
                 Denise Carlon, Esq.
                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA  19106
                 Phone: (215)-627-1322
                 dcarlon@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Charles H Prem | **BK NO. 24-13445 AMC** |
| Debtor(s) | Chapter 13 |
| **Andrews Federal Credit Union** | |
| Movant | |
| vs. | |
| **Charles H Prem** | |
| Debtor(s) | |
| **Scott F. Waterman** | |
| Trustee | |

## CERTIFICATE OF SERVICE

I, Denise Carlon, certify that on 4/30/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 4/30/2025

/s/ **Denise Carlon**
Denise Carlon, Esquire
Attorney I.D. 317226
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Charles H Prem<br>1471 E Wilt Street<br>Philadelphia, PA 19125 | Debtor | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Brad J Sadek<br>Sadek Law Offices, LLC<br>1500 JFK Boulevard<br>Ste 220<br>Philadelphia, PA 19102 | Attorney for Debtor | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Scott F. Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Trustee | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |