# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Charles H Prem | : | Chapter 13 |
| | : | Case No.: 24-13445-DJB |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation and respectfully request that the Order attached to the Application be approved.

Dated: July 22, 2025        /s/ Brad J. Sadek, Esquire
                            Brad J. Sadek, Esquire
                            Sadek Law Offices
                            1500 JFK Boulevard Suite 220
                            Philadelphia, Pa 19102
                            215-545-0008