| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 24-13445-AMC**

| | |
|---|---|
| Charles H Prem | Petition Filed Date: 09/25/2024 |
| 1471 E. Wilt Street | 341 Hearing Date: 11/08/2024 |
| Philadelphia  PA    19125 | Confirmation Date: |

Case Status: Dismissed Before Confirmation on 6/26/2025

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/04/2024 | $1,027.00 | | 12/10/2024 | $1,027.00 | | 03/17/2025 | $3,081.00 | |

**Total Receipts for the Period: $5,135.00   Amount Refunded to Debtor Since Filing: $1,557.85   Total Receipts Since Filing: $5,135.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,115.00 | $3,115.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC<br>»» 001 | Unsecured Creditors | $493.33 | $0.00 | $0.00 |
| 2 | HOME DEPOT LOAN #3877<br>»» 002 | Unsecured Creditors | $17,318.70 | $0.00 | $0.00 |
| 3 | PHILADELPHIA GAS WORKS<br>»» 003 | Unsecured Creditors | $1,546.76 | $0.00 | $0.00 |
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>»» 004 | Unsecured Creditors | $21,385.46 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $4,765.08 | $0.00 | $0.00 |
| 6 | ANDREWS FEDERAL CREDIT UNION<br>»» 006 | Mortgage Arrears | $189.65 | $0.00 | $0.00 |
| 7 | ANDREWS FEDERAL CREDIT UNION<br>»» 007 | Mortgage Arrears | $70,145.60 | $0.00 | $0.00 |
| 8 | NEWREZ LLC  D/B/A<br>»» 008 | Secured Creditors | $30,899.66 | $0.00 | $0.00 |
| 9 | NEWREZ LLC  D/B/A<br>»» 009 | Secured Creditors | $104,660.89 | $0.00 | $0.00 |
| 10 | CITY OF PHILADELPHIA (LD)<br>»» 010 | Secured Creditors | $4,751.94 | $0.00 | $0.00 |
| 0 | Charles H Prem | Debtor Refunds | $1,557.85 | $1,557.85 | $0.00 |

**Chapter 13 Case No. 24-13445-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,135.00 | Current Monthly Payment: | $1,494.00 |
| Paid to Claims: | $4,672.85 | Arrearages: | $0.00 |
| Paid to Trustee: | $462.15 | Total Plan Base: | $86,919.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.